UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS DAFESH,<br><br>    Plaintiff,<br><br>v.<br><br>NORDSTROM, INC.,<br><br>    Defendant. | Case No. 2:25-cv-09981-SB-PVC<br><br>ORDER LIFTING STAY AND DISMISSING CASE |

    Before this action was transferred to this Court as a related case pursuant to General Order No. 24-04, the parties were ordered to arbitration, and the case was stayed pending arbitration.  Dkt. No. 14.  Meanwhile, the Court dismissed the related case in lieu of a stay pending arbitration.  *See Dagdagan v. Nordstrom, Inc.*, Case No. 2:25-cv-09976-SB-PVC (C.D. Cal. Oct. 17, 2025), Dkt. No. 15.  No party objected to dismissal in *Dagdagan*.

    The Court lifts the stay in this action and dismisses the case without prejudice.  The clerk shall close the case.  The order to arbitrate remains in effect.  The Court will treat this dismissal as functionally equivalent to a stay for purposes of preserving the parties' ability to seek any appropriate relief consistent with their agreement to arbitrate, including but not limited to confirmation, modification, or vacatur of an arbitration award.

    The parties are not required to consent to this dismissal.  Any party opposing dismissal must file a written objection—accompanied by an explanation of the basis for that objection—no later than November 28, 2025.  The filing of a timely objection will automatically vacate this dismissal order and require all parties to appear in person for a hearing on December 5, 2025 at 8:30 a.m. in Courtroom 6C.  If no objection is filed, this order will become final without further court action.

Date: November 19, 2025

                                                    Stanley Blumenfeld, Jr.
                                                  United States District Judge